## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *MYRA JANICE GALLEGO*                                              Case No.:   *06-02097-8-JRL*

### REPORT OF UNCLAIMED DIVIDEND

    The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

    1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *MYRA JANICE GALLEGO*<br>*1217 S. 4TH ST.*<br>*WILMINGTON, NC 28401* | $7.00 |

    2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  February 4, 2010

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295